IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>LUIS ORTIZ-BUSTAMANTE,<br><br>            Defendant. | 8:16CR235<br><br><br>**ORDER** |

IT IS ORDERED that:

1. The defendant's Unopposed Motion to Continue Sentencing (filing 33) is granted.

2. Defendant Luis Ortiz-Bustamante's sentencing is continued to March 16, 2017, at 1:00 p.m., before the undersigned United States District Judge, in Courtroom No. 1, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska. The defendant shall be present at the hearing.

Dated this 13th day of January, 2017.

BY THE COURT:

_____
John M. Gerrard
United States District Judge